JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 10-01553 RGK(AJWx) | Date | April 30, 2010 |
|---|---|---|---|
| Title | **SOO RYUN KIM v. ONE WEST BANK, FSB and AZTEC FORECLOSURE CORP.** | | |

| Present: The Honorable | R. GARY KLAUSNER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | | Not Reported |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:**      **(IN CHAMBERS)** Order Dismissing Action

According to Court records, Plaintiff filed this action in state court on January 29, 2010. On February 3, 2010, Plaintiff served Defendant One West Bank ("Defendant") with the Complaint and Summons. Defendant removed this action on March 2, 2010 on the ground of federal question jurisdiction.

It has come to the Court's attention that Plaintiff filed a Notice of Dismissal on February 18, 2010, prior to Defendant's removal of the action. (Birkett Decl., Ex. A.) As such, Defendant's removal was improper, and the Court hereby dismisses the action in its entirety.

**IT IS SO ORDERED.**

| | : | |
|---|---|---|
| Initials of Preparer | slw | |